# UNITED STATES COURT OF APPEALS

## FIFTH CIRCUIT

_____

No. 98-30607

_____

In The Matter Of: DAVID A. LYONS; GWENDOLYN W. LYONS,

Debtors

_____

JOHN W LUSTER, Trustee of the Bankruptcy Estate of David A. Lyons and Gwendolyn W. Lyons,

Appellant,

versus

DAVID A. LYONS AND GWENDOLYN W. LYONS,

Appellees.

---

Appeal from the United States District Court
for the Western District of Louisiana
(97-CV-2146)

---

April 12, 1999

Before EMILIO M. GARZA, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

REVERSED. *See In re: Collins,* No. 98-30605 (5th Cir. Apr. 5, 1999).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.